# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144946

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                               SC: 144946
                                               COA: 300433

HARVEY MALONE, JR.,
        Defendant-Appellant.
                                               Wayne CC: 08-002525-FC

_____/

       On order of the Court, the application for leave to appeal the February 21, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2012

_____

s1024

_____
Clerk